# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,

    Plaintiff

v.

SCOTT DAVIS, et al.

    Defendants

Case No.: 3:21-cv-00403-RCJ-CSD

**Order**

Re: ECF Nos. 21, 30

    Magistrate Judge Carla Baldwin is conducting a global settlement conference in Plaintiff's cases on October 5, 2023. (ECF No. 32.) The pending motions for summary judgment in this case (ECF Nos. 31, 30) are **DENIED WITHOUT PREJUDICE** to be re-filed on or before **October 20, 2023**, in the event the global settlement conference is unsuccessful in resolving Plaintiff's claims in this action.

**IT IS SO ORDERED**.

Dated: August 29, 2023

_____
Craig S. Denney
United States Magistrate Judge