1  AARON D. FORD
   Attorney General
2  ANDREW C. NELSON, Bar No. 15971
   Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV  89701-4717
   Tel:  (775) 684-1227
5  E-mail:  acnelson@ag.nv.gov

6  *Attorneys for Defendants*
*Renee Baker, Tara Carpenter,*
7  *Charles Daniels, Scott Davis,*
*James Dzurenda, Timothy Garrett,*
8  *and Kara LeGrand*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| LAUSTEVEION JOHNSON, | Case No. 3:21-cv-00403-RCJ-CDS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| DAVIS, *et al.*, | |
| Defendants. | |

Plaintiff, Lausteveion Johnson, in *pro se*, and all Defendants named in this case, by through counsel, Aaron D. Ford, Nevada Attorney General, and Andrew C. Nelson, Deputy Attorney General, hereby

///
///
///
///
///
///
///
///
///

Page 1

1 | stipulate that above-captioned matter should be dismissed with prejudice by order of this
2 | Court, with each party to bear their own costs.
3 | DATED this _5_ day of October, 2023.          DATED this 5th day of October, 2023.

_____
LAUSTEVEION JOHNSON
*Plaintiff, pro se*

*/s/ Andrew C. Nelson*
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
*Attorney for the Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 16, 2023